IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MARY NOLAN,                              )
                    Plaintiff,           )
                                         )
        vs                               )   Civil Action No. 07-813
                                         )
ERIC K. SHINSEKI, Secretary of the       )
Department of Veterans Affairs,          )
                    Defendant.           )

O R D E R

AND NOW, this _30th_ day of _Oct_ , 2009, after the plaintiff filed a

complaint in the above-captioned case, and after the defendant submitted a motion for summary

judgment, and after a Report and Recommendation was issued by the United States Magistrate

Judge, and the parties were given an opportunity to file written objections thereto by October 19,

2009, and no objections having been filed, and after independent review of the pleadings, and the

Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

        IT IS ORDERED that defendant's motion for summary judgment (Document No. 34) is

granted.

_____
Chief United States District Judge